

April 17, 2017

Steven Stern
Stern & Schurin LLP
595 Stewart Avenue, Suite 710
Garden City, NY 11530

RE: SLIGHT TOUCH and US Trademark App. No. 86/584,355

Dear Mr. Stern:

Our firm represents Amity Holdings, LLC, d/b/a MediCore Medical Supply ("MediCore"). Since 2010, MediCore has manufactured and distributed lancets and other diabetic supplies under the LITETOUCH trademark. MediCore purchased the LITETOUCH brand, business, and associated goodwill in 2010, and its use in commerce in fact dates back several years before 2010. Under MediCore's ownership, over 423 million boxes of lancets, syringes, and pen needles have been sold under the LITETOUCH name nationwide. Some photos of the products are provided below.





31G x 8mm (5/16")



30G x 8mm (5/16") 3/10cc

MediCore recently filed Application No. 87/142,540 for LITETOUCH for lancets. However, our application was suspended in view of App. No. 86/584,355 for SLIGHT TOUCH,

also for lancets, owned by your client Nobel Supplies Group, LLC ("Nobel"). The SLIGHT TOUCH application states that use in commerce only began in March 2015. Additionally, the New York state business entity search database indicates that Nobel was formed in 2012 and the original applicant New Hope Supply, LLC was formed in 2014. That is, both companies were formed well after MediCore purchased the LITETOUCH business in 2010.

Finally, MediCore has found the Slight Touch lancet available online at http://diabeticplususa.com/slight-touch-30g-lancets-100-lancets with the same slightly skewed, sans-serif font that MediCore uses on LITETOUCH, as shown below. A printed copy of this webpage is enclosed.



Even without registration, MediCore's long-standing prior use of LITETOUCH entitles it to protection against subsequent users of confusingly similar trademarks or false or misleading designations of origin. 15 U.S.C. § 1125. In addition, these prior rights in the LITETOUCH mark would allow MediCore to oppose the SLIGHT TOUCH trademark application should it be published for opposition at the USPTO.

In view of the USPTO's suspension of its application, MediCore has good reason to believe that Nobel's SLIGHT TOUCH is confusingly similar to MediCore's LITE TOUCH trademark.

MediCore desires to resolve this matter quickly and proceed to registration of its own trademark. Accordingly, MediCore requests that Nobel (1) withdraw and abandon its trademark application for SLIGHT TOUCH, (2) cease and desist from further use of the SLIGHT TOUCH trademark, and (3) modify your trademark and all packaging and presentation to avoid any confusing similarity to the LITE TOUCH trademark

MediCore asks for a response to this letter by **May 1, 2017** informing us of your withdrawal of trademark application for SLIGHT TOUCH, planned trademark and packaging changes, and whether Nobel desires to continue using the mark pursuant to a settlement agreement as outlined above.

Sincerely,

Jacob W Neu
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street
Suite 700
Nashville, TN 37209
Phone: 615-252-4639
jneu@bradley.com

CC:   Josh Pittman, CEO, MediCore